**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-1737**

———————————

CHRISTOS D. DEDES,

Plaintiff - Appellant,

versus

JOHN A. O'BRION, JR.,

Defendant - Appellee.

———————————

**No. 97-1748**

———————————

CHRISTOS D. DEDES,

Plaintiff - Appellant,

versus

JOHN A. O'BRION, JR.,

Defendant - Appellee.

———————————

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-97-202)

Submitted:  April 30, 1998          Decided:  June 2, 1998

Before WIDENER and MICHAEL, Circuit Judges, and HALL, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christos D. Dedes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing this action without prejudice for failure to comply with a prefiling injunction. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dedes v. O'Brion, No. CA-97-202 (E.D. Va. Apr. 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED